NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FG SRC, LLC,**
*Appellant*

**v.**

**MICROSOFT CORPORATION,**
*Appellee*

---

2020-1925, 2020-1926

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01601, IPR2018-01602, IPR2018-01603, IPR2018-01605, IPR2018-01606, IPR2018-01607.

---

## JUDGMENT

---

CECIL E. KEY, DiMuroGinsberg, PC-DGKeyIP Group, Tysons Corner, VA, argued for appellant. Also represented by JAY P. KESAN; ALFONSO CHAN, ARI RAFILSON, Shore Chan DePumpo LLP, Dallas, TX.

NATHANIEL C. LOVE, Sidley Austin LLP, Chicago, IL, argued for appellee. Also represented by RICHARD ALAN CEDEROTH; SCOTT BORDER, JOSEPH A. MICALLEF, Washington, DC.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, LOURIE and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 6, 2021          /s/ Peter R. Marksteiner
   Date             Peter R. Marksteiner
                    Clerk of Court